# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| **SHARON ALEXANDER** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**DIAMOND HEALTHCARE** )<br>**CORPORATION and TRIGG COUNTY** )<br>**HOSPITAL, INC., d/b/a TRIGG** )<br>**BEHAVIORAL HEALTH,** )<br>)<br>**Defendants.** )<br>) | Case Number: 5:12CV-32-R |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Trigg County Hospital, Inc. and Diamond Healthcare Corporation (hereinafter "Defendants") by and through their undersigned counsel, hereby give notice that the civil action presently pending in the Circuit Court for Trigg County, Kentucky, identified as <u>Sharon Alexander v. Diamond Healthcare Corporation and Trigg County Hospital, Inc. d/b/a Trigg Behavioral Health</u>, Case No. 12-CI-00023, is removed to this Court without waiving any rights to which Defendants may be entitled.

As grounds for this notice, Defendants show the following:

1. In accordance with 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings and service of process that have to date been served upon Defendants are attached as **EXHIBIT A.**

2. The Complaint in the above action was filed in the Circuit Court for Trigg County, Kentucky on January 20, 2012. Defendant Trigg County Hospital, Inc. received service of the Summons and Complaint on February 1, 2012. Defendant Diamond Healthcare

Corporation received service of the Summons and Complaint on February 2, 2012. Pursuant to 28 U.S.C. § 1446(b), these were the dates of receipt by Defendants of the initial pleading. On February 15, 2012, Plaintiff filed an Amended Complaint correcting the Caption of the Complaint to reflect that it had been filed in the Circuit Court for Trigg County. To date, service of process of the Amended Complaint has not been effected upon Defendants.

3. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal was timely filed within thirty (30) days of Defendants' receipt of service of the Complaint.

4. Removal of the action is proper under 28 U.S.C. § 1441(a) and (b) and § 1331, federal question jurisdiction, in that this is a civil action arising under the laws of the United States. In "Claim I" of the Complaint, Plaintiff alleges violations of the Family Medical Leave Act ("FMLA") and the American's With Disabilities Act ("ADA").

5. As the Court has original jurisdiction over the claims alleged in Claim I of the Complaint, the Court has supplemental jurisdiction over Plaintiff's remaining claims. 28 U.S.C. §§ 1367(a), 1441(c). This entire action is removable based upon the Court's original and supplemental jurisdiction. 28 U.S.C §§ 1331, 1367, 1441(a), 1441(b), 1441(c) and 1446.

6. Venue is properly placed in the United States District Court for the Western District of Kentucky, Paducah Division because it is the district court for the district within which the state action is pending (the Circuit Court for Trigg County, Kentucky), in accordance with 28 U.S.C. § 1446(a).

7. Undersigned counsel certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, Defendants' "Notice of Filing Notice of Removal" has been served upon counsel for Plaintiff, Kenneth R. Haggard, 800 South Virginia Street, P.O. Box 4037, Hopkinsville, Kentucky 42240.

8. Undersigned counsel further certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, a copy of same, along with Defendants' "Notice of Filing Notice of Removal" has been filed with the Clerk of the Circuit Court for Trigg County, Kentucky. **EXHIBIT B**.

WHEREFORE, Defendants pray that said action now pending in the Circuit Court for Trigg County, Kentucky be removed to the United States District Court for the Western District of Kentucky, Paducah Division.

Date: February 27, 2012                                     Respectfully submitted,

*s/ William A. Blue Jr.*
William A. Blue Jr., KY Bar No. 92396
Mary Dohner Smith, TN Bar No. 021451
Attorneys for Defendant Trigg County
Hospital, Inc.
**CONSTANGY, BROOKS & SMITH, LLP**
401 Commerce Street, Suite 700
Nashville, TN 37219
(615) 320-5200
(615) 321-5891 (facsimile)

*s/ Emily Weaver Newman  by permission MDS*
Emily Weaver Newman
Gregory S. Metzger
Attorneys for Defendant Diamond Healthcare
Corp.
One Riverfront Plaza
401 W. Main Street, Suite 710
Louisville, Kentucky 40202

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Filing Notice of Removal has been furnished to the below individuals by depositing same in the United States Mail, postage prepaid, on February 27, 2012.

Kenneth R. Haggard
Attorney for Plaintiff
800 South Virginia Street
P.O. Box 4037
Hopkinsville, KY 42240

Emily Weaver Newman
Gregory S. Metzger
Attorney for Defendant Diamond Healthcare Corp.
One Riverfront Plaza
401 W. Main Street, Suite 710
Louisville, Kentucky 40202

__s/ William A. Blue Jr._____